IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>  Plaintiff, )<br>  )<br>vs. )<br>  )<br>TORRIE D. CAESAR, )<br>  )<br>  Defendant. ) | Case No. 8:13CR196<br><br>ORDER |

This case is before the court on the defendant Torrie D. Caesar's Motion to Review Detention (#20). The defendant moves the court for an order directing Pretrial Services to screen the defendant for placement at a halfway house.

The defendant is charged in a two-count indictment with transportation with intent to promote prostitution and inducement to travel for prostitution. On June 4, 2013 the court entered an Order of Detention (#15) finding the defendant both a flight risk and a danger, noting his significant prior criminal record including six prior felony convictions, two for prostitution (2008-2010). Upon review of the detention order and the defendant's Pretrial Services report (#7), I find the defendant's plan for release to a halfway house fails to overcome the court's concerns as to flight and danger and that no single condition of release or combination of conditions of release will mitigate those concerns.

**IT IS ORDERED** that defendant's Motion to Review Detention (#20) is denied without hearing.

Dated this 16th of July 2013.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge