UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>TORRIE D. CAESAR,<br>     Defendant. | 8:13CR196<br><br>FINAL ORDER OF FORFEITURE |

   This matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture (Filing No. 50). The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

   1. On November 26, 2013, the Court entered a Preliminary Order of Forfeiture (Filing No. 37) pursuant to the provisions of Title 18, United States Code, Sections 2421 and 2428, based upon the Defendant's plea of guilty to Count I and the Forfeiture Allegation of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in the following properties was forfeited to the United States:

   a. Global Positioning Software Device (GPS);

   b. Two thumb drives (flash drives);

   c. One red Kodak Camera with case and cord;

   d. One grey and black HP laptop computer, serial number 5CB1490JZK, with cord;

   e. One H20 Sim card;

   f. One blue 2 GB PNY Memory Card found in the grey/black HP laptop, serial number 5CB1490JZK;

    g.    One Red Pantech AT&T cellphone, serial number 9390203990; and

    h.    Silver Dell laptop computer, bearing identifying numbers: Product Key FQV8D 3CRPP PM8VF 34TT7 4T493, FCC ID: E2K24BNHM, with cord.

2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on November 29, 2013, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.  A Declaration of Publication was filed herein on February 7, 2014 (Filing No. 49).

3. The Court has been advised by the United States no Petitions have been filed.   From a review of the Court file, the Court finds no Petitions have been filed.

4. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B.  All right, title and interest in and to the following properties, held by any person or entity, are hereby forever barred and foreclosed:

    1.    Global Positioning Software Device (GPS);

    2.    Two thumb drives (flash drives);

    3.    One red Kodak Camera with case and cord;

    4.    One grey and black HP laptop computer, serial number 5CB1490JZK, with cord;

    5.    One H20 Sim card;

    6.    One blue 2 GB PNY Memory Card found in the grey/black HP laptop, serial number 5CB1490JZK;

       7.    One Red Pantech AT&T cellphone, serial number 9390203990; and

       8.    Silver Dell laptop computer, bearing identifying numbers: Product Key FQV8D 3CRPP PM8VF 34TT7 4T493, FCC ID: E2K24BNHM, with cord.

C.    The aforementioned properties described above, be, and the same hereby are, forfeited to the United States of America.

D.    The United States is directed to dispose of said properties in accordance with law.

ORDERED this 7th day of February, 2014.

BY THE COURT:

s/Joseph F. Bataillon
United States District Court Judge